IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURICE M. PRICE | ) |
| Petitioner, | ) ) 2:17-cv-376 |
| vs. | ) ) |
| THE PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | ) ) ) |
| Respondent. | ) ) |

## **MEMORANDUM ORDER**

Currently pending before the Court is an Amended Petition for Writ of Habeas Corpus filed by Maurice M. Price. [ECF 15]. The Amended Petition was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges.

On April 13, 2020, Magistrate Judge Lenihan entered a Report and Recommendation, recommending that the Amended Petition be denied and that a certificate of appealability also be denied. [ECF 28]. That Report and Recommendation was served on Mr. Price at both his address of record and the prison where the Pennsylvania Department of Corrections' inmate locator reflects that he is currently confined. [ECF 28; ECF 29]. Mr. Price was also informed that the deadline for filing objections to the Report and Recommendation was April 30, 2020. [*Id.*]. As of today, however, no objections have been filed.

Upon independent review of the Amended Petition and the record, and upon considerations of Magistrate Judge Lenihan's well-reasoned Report and Recommendation, the Court finds no clear error on the face of the record, and therefore enters the following order:

- 1 -

**AND NOW**, this **14th day of May, 2020,** it is **ORDERED** that the Report and Recommendation [ECF 28] is adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Amended Petition for Writ of Habeas Corpus [ECF 15] is **DENIED** and that no certificate of appealability shall issue;

**IT IS FURTHER ORDERED** that, upon entry of final judgment by the Court, the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Mr. Price has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

*/s/ J. Nicholas Ranjan*
United States District Judge

cc:   Maurice M. Price
      FM-3675
      SCI Greene
      175 Progress Drive
      Waynesburg, PA  15370

      Maurice M. Price
      NY-2168
      SCI Phoenix
      1200 Mokychic Dr.
      Collegeville, PA  19426

      Counsel of record
      (Via CM/ECF electronic mail)